

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

UNITED STATES OF AMERICA

v.  Case No. 4:14-MJ-122

LOVIC HALDON STIKELEATHER (01)

## CRIMINAL COMPLAINT

I, Task Force Officer Bruce Blaisdell being duly sworn hereby depose and say the following is true and correct to the best of my knowledge and belief:

On or about March 1, 2014, in the Fort Worth Division of the Northern District of Texas, and elsewhere, defendant **Lovic Haldon Stikeleather** did knowingly and intentionally possess with the intent to distribute approximately a mixture and substance containing a detectable amount of methamphetamine, a schedule II controlled substance, in violation of 21 U.S.C. § 841 (a)(1) and (b)(1)(C).

I am a Fort Worth Police Officer currently assigned as a Task Force Officer with the Drug Enforcement Administration. I primarily investigate drug offenses. I have been a police officer for 22 years and assigned to the narcotics section for the past 16 years. The statements set forth in this Criminal Complaint are true to the best of my knowledge and belief:

1. On March 1, 2014, Investigators with the Tarrant County Narcotics unit received information from confidential source ("CS") that a person known as "Haldon," later identified as Lovic Haldon Stikeleather, would be traveling from the Dallas, Texas, area to Fort Worth, Texas, in a black Lincoln passenger car bearing temporary plates (9xxxxxx).

The CS stated that "Haldon" would be in possession of a large quantity of methamphetamine. Investigators located the black Lincoln passenger car described by the CS traveling westbound on I-30 in Dallas. Investigators observed that the vehicle had a defective rear tail light and was emitting a white light, a violation of the Texas traffic code.

2. Investigators continued to follow the black Lincoln passenger car as the vehicle entered onto I-30. A K-9 officer and another officer, both in marked units, conducted a traffic stop on I-30 near Six Flags over Texas in Arlington, Texas. Investigators approached the vehicle and observed that Stikeleather was driving the vehicle and that there was a female passenger.

3. Investigators had Stikeleather and the female exit the vehicle. The K-9 officer deployed his K-9 dog on the vehicle. The K-9 alerted on the vehicle for the presence of a controlled substance. Investigators also observed a burned marijuana blunt in the center console.

4. Investigators conducted a pat down of Stikeleather and felt a large item concealed in his groin area. Stikeleather stood up, and Investigators observed part of a plastic bag sticking out of the front of Stikeleather's pants. An Investigator removed the bag from Stikeleather's pants and observed that the bag contained a large amount of a crystallized substance that later tested positive for methamphetamine.

5. Stikeleather was placed under arrest for possession of a controlled substance. Stikeleather provided Investigators that his name was R. Vess Jr. Investigators transported Stikeleather to the Mansfield jail where they began booking Stikeleather. Investigators located photograph of R. Vess in their database. Investigators observed that the photograph of Vess did not match Stikeleather.

6. Investigators returned to Stikeleather's cell, showed him Vess's photograph, and asked Stikeleather for his true name. Stikeleather stated that his true name is Haldon Stikeleather. Investigators ran the name and learned his full name is Lovic Haldon Stikeleather. Investigators ran Stikeleather and learned that he had an outstanding Parole violation warrant as well as outstanding traffic warrants.

7. Investigators weighed the baggie containing the crystallized methamphetamine, and observed that the baggie weighed 436 grams.

For these reason, I believe that Stikeleather has violated 21 U.S.C. § 841(a)(1) and (b)(1)(C).

*Bruce Blaisdell*
Bruce Blaisdell
Task Force Officer, DEA

Sworn to before me and subscribed in my presence, 5th day of March 2014, at 1:54 p.m. at Fort Worth, Texas.

JEFFREY L. CURETON
United States Magistrate Judge

Criminal Complaint – Page 3